

CERTIFIED MAIL: 7009 2820 0002 0051 1658   DATE: 8-29-11

Name: George Cornelius Day
Reg. # 70870-083
Address: U.S.P. Victorville
P.O. Box 5300

City: Adelanto, State: CA ; Zip Code: 92301

1:11CV957 AJT/TRJ

To: (Agency) Office of Clerk
U.S. District Court
Eastern District of Virginia
401 Courthouse Square
City: Alexandria, State: VA ; Zip Code: 22314-5798

FREEDOM OF INFORMATION ACT REQUEST

To Whom it may concern:

pursuant to 5 U.S.C. 552 et. seq., more commonly known as the Freedom of Information Act (FOIA), be advised that this document will serve as my request to your agency for access to and/or for copies of information, document(s), or record(s) within the possession or control of your agency.

A Certificate of Identity (DOJ-361) is attached hereto.

SPECIFIC INFORMATION, DOCUMENT(S), OR RECORD(S) DESIRED:

I request copies of all motions, proffers, grand jury testimonies, informant statements, affidavits, jencks and brady materials, copies of original indictments, and transcripts of all plea hearings connected to or affiliated with George Cornelius Day (1:05-cr-460), Robert Andre Wilson (criminal No. 04-130-A), Yolanda McCoy, Floro San Jose Hernandez (1:05-cr-348), Ronnel Sanjose a/k/a Jake (1:05-cr-197), Frederick Hooks, Sean Stewart, and all others connected to and of the cases mentioned above. Also requested is copies of all 5k1 and Rule 35 hearings or transcripts of any colloquy between the court and

informant or prosecutor and informant and court.

PURPOSE: I need this information for purposes of filing my appeals to the Supreme Court and any other appeal. I never received any of this material for myself during trial.

ALTERNATIVELY, the information, document(s), or record(s) desired, or COPIES thereof, can be, or should be located at:

Office of the Clerk
U.S. District Court
Eastern District of Virginia
401 Courthouse Square
City: Alexandria, State: VA; Zip Code: 22314-5798

I am requesting that your agency decide whether to comply to this FOIA request within the twenty-day (20) time limitation established by Congress in 5 U.S.C. 552(a)(6)(A)(i). In the event your agency cannot decide whether to comply to this FOIA request within the twenty-days (20), I require written notice of the "unusual circumstances" that prohibits a response within the twenty-days (20) allocated by 552(aq)(6)(A)(i).

If for any reason(s) it is determined that portions of the information, document(s), or record(s) requested are exempt from disclosure by statute or regulation, then I request written notificatin regarding which portion(s) of the information, document(s), or record(s) are exempt from disclosure; with citation to the specific statutory provision(s) or regulation that the exemption is made under. (See 5 U.S.C. 552(b)).

If for any reason your agency choose not to provide me with any of the information, document(s), or record(s) requested, I require written notification.

By my signature, I consent to pay all costs incurred by your agency for the search, review, and duplication of materials, provided those costs do not exceed the limitatiions established by Congress or regulation. (See 5 U.S.C. 552(a)(4)(A)(i)-(viii)).

Yours Truly,

*George C. Day* (in forma pauperis)

Please send all information and documents on Rufus Felder Cunningham and Kareem Bolden, they both are my alleged Co-defendants.